# WASHINGTON COUNTY,

## March Term, 1795.

### JAMES CAMPBELL *v.* JOHN CANON.

CANON gave *Campbell* a bond for the payment of money, with a warrant of attorney to confefs *judgment.* A judgment had accordingly been entered, and, a year and day having expired without any execution, a

*scire facias* was iſſued ; but, to get an execution more quickly, this was diſcontinued, and another judgment entered on the warrant annexed to the bond, and execution on this ſecond judgment was iſſued. And now a motion was made to ſet aſide this ſecond judgment, and the execution on it, as irregular.

PRESIDENT. We think this warrant of attorney authoriſed the entry of only one judgment, and was ſatisfied by the entry of the firſt judgment. The ſecond judgment, and the execution on it, muſt, therefore be ſet aſide as irregular. But we hope the defendant will conſent that the diſcontinuance of the *ſcire facias* be alſo ſet aſide, that the plaintiff may proceed thereon to recover his money.

This was agreed to.